THE NATIONAL CITY BANK OF NEW YORK, Respondent, v. HUGO J. WISE,

Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.